UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CR14 HEA |
| ANTHONY J. LONSWAY, | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Tuesday, July 13, 2010, is reset to Tuesday, August 3, 2010, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 13th day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE